IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 06 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A BLACK SAMSUNG CELL PHONE, NUMBER (406) 217-1415, IMEI 359259075548353, CURRENTLY LOCATED AT THE FBI EVIDENCE ROOM, BILLINGS, MONTANA | MJ 17-14-M-JCL <br><br> ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 6th day of March, 2017.

HON. JEREMIAH C. LYNCH
U.S. Magistrate Judge