FILED

MAR 17 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: <br><br> Black Samsung cell phone, number (406) 217-1415, IMEI 359259075548353, currently located at the FBI Evidence Control Room in Billings, Montana | MJ-17-14-M-JCL <br><br> ORDER |

The warrant in the above-entitled matter having been returned to the undersigned unexecuted, the warrant is hereby quashed.

IT IS SO ORDERED.

DATED this 17th day of March, 2017.

Jeremiah C. Lynch
United States Magistrate Judge